IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRI MAKER | : | |
| | : | |
| v | : | CIVIL ACTION NO. 12-3155 |
| | : | |
| CAROLYN W. COLVIN, | : | |
| ACTING COMMISSIONER OF THE | : | |
| SOCIAL SECURITY ADMINISTRATION | : | |

**O R D E R**

**AND NOW**, this  17th  day of  October , 2013, after review of the Administrative Record and independent consideration of Plaintiff's Brief And Statement Of Issues In Support Of Request For Review, Defendant's response, and Plaintiff's Reply Brief, and after review of the Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells to which no objections were filed, it is **ORDERED** as follows:

1. The Report and Recommendation are **APPROVED** and **ADOPTED**.

2. Plaintiff's Request For Review is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**